IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY JO MAY, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PNC BANK, *Defendant* | : : : | No. 18-2933 |

## ORDER

**AND NOW**, this 21st day of January, 2020, upon consideration of the Defendant's motion for summary judgment (Doc. No. 18), the Plaintiff's opposition (Doc. No. 19), the Defendant's reply (Doc. No. 22), and the Court having conducted oral argument on the motion on October 4, 2019, it is **ORDERED** that the motion for summary judgment (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE